# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | HOLLY E FLINT | | |
| **Case Number:** | 2:09-BK-18818-CGC | **Chapter:** | 7 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 15, 2009 01:30 PM 6TH FLOOR #601 | | |
| **Bankruptcy Judge:** | CHARLES G. CASE II | | |
| **Courtroom Clerk:** | LUANN BELLER | | |
| **Reporter / ECR:** | MARCO GARCIA | | |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY, 5104 N 32ND STREET, PHOENIX, AZ 85018 FILED BY MARK 1 BOSCO OF TIFFANY & BOSCO, P.A. ON BEHALF OF C/O MARK S. BOSCO WELLS FARGO BANK, N.A.

**R / M #:** 13 / 0

## Appearances:

LEONARD MCDONALD, ATTORNEY FOR MOVANT
J. MURRAY ZEIGLER, ATTORNEY FOR HOLLY E FLINT

## Proceedings:

Mr McDonald reviewed the delinquency and noted that there is a trustee's sale scheduled November 12, 2009.

Mr. Zeigler stated that Wells Fargo is not the proper party and requested that the Court set a final hearing in 30-45 days to present evidence.

Mr. McDonald stated that the servicer can bring the action and he will get Mr. Zeigler's answer as to the owner of the note.

COURT: IT IS ORDERED DIRECTING THE PARTIES TO FILE SIMULTANEOUS BRIEFS AS TO THE STANDING OF THE SERVICER.

IT IS FURTHER ORDERED CONTINUING THIS HEARING TO NOVEMBER 19, 2009 AT 1:30 P.M. THE DEBTOR IS DIRECTED TO MAKE ONE PAYMENT TO MR. MCDONALD TO BE HELD IN HIS TRUST ACCOUNT PENDING THE OUTCOME OF THIS HEARING.