# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | HOLLY E FLINT | | |
| **Case Number:** | 2:09-BK-18818-CGC | **Chapter:** | 7 |
| **Date / Time / Room:** | THURSDAY, NOVEMBER 19, 2009 01:30 PM   6TH FLOOR #601 | | |
| **Bankruptcy Judge:** | CHARLES G. CASE II | | |
| **Courtroom Clerk:** | RHONDA VAUGHAN | | |
| **Reporter / ECR:** | MARCO GARCIA | | |

### *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY, 5104 N 32ND STREET, PHOENIX, AZ 85018 FILED BY MARK 1 BOSCO OF TIFFANY & BOSCO, P.A. ON BEHALF OF C/O MARK S. BOSCO WELLS FARGO BANK, N.A.

**R / M #:**   13 / 0

### *Appearances:*

J. MURRAY ZEIGLER, ATTORNEY FOR HOLLY E FLINT
LEONARD MCDONALD, ATTORNEY FOR WELLS FARGO BANK

### *Proceedings:*

Mr. McDonald argues his client is the original beneficiary of the deed of trust and advises the debtor's discharge has been entered.

Mr. Zeigler places his objection on the record.

COURT:  IT IS ORDERED GRANTING THE MOTION FOR RELIEF DUE TO THE ENTRY OF THE DISCHARGE.  THE COURT WILL SIGN AN ORDER WHEN SUBMITTED.