**SO ORDERED.**

Dated: December 01, 2009



_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

**TIFFANY & BOSCO** P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-21658/0059882571

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Holly E. Flint<br>      Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>      Movant,<br>  vs.<br>Holly E. Flint, Debtors; Jill H. Ford, Trustee.<br>      Respondents. | No. 2:09-BK-18818-CGC<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket # 13) |

      This matter having come before the Court for a Preliminary Hearing on November 19, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor appearing by and through their counsel, J. Murray Zeigler, and good cause appearing,

      **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated December 10, 2005, and recorded on December

29, 2005, in the office of the Maricopa County Recorder at Instrument No. 20051964430 wherein Wells Fargo Bank, N.A. is the current beneficiary and Holly E. Flint have an interest in, further described as:

Unit 310 of Meridian Condominiums, according to declaration of condominium recorded October 2, 2001 in instrument no. 2001 - 0916396, of official recorded November 21, 2001, Instrument No. 2001-1088827, of official records and according to the plat of record in the Office of the County Recorder of Maricopa County, Arizona recorded in Book 574 of maps, page 26

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ___ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT